UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAYNIE L. BEARD, :
    Plaintiff :
:
    v. : CIVIL NO. 1:14-CV-1162
:
OCWEN LOAN SERVICING, LLC, :
UDREN LAW OFFICES, P.C., and :
CATHY MOORE, :
    Defendants :

*O R D E R*

AND NOW, this 31st day of January, 2018, upon consideration of Defendant Ocwen Loan Servicing, LLC's second motion for reconsideration (Doc. 137), it is ORDERED that:

    1. Ocwen's second motion for reconsideration is DENIED.

    2. A trial to resolve the issue of damages shall be scheduled by a separate order to follow.

                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge